

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-13-00771-CR

Christopher **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 158th District Court, Denton County, Texas
Trial Court No. F-2011-1675-A
Sherry L. Shipman, Judge Presiding

## O R D E R

The State's brief was originally due on June 16, 2014. The State has been granted one previous extension of time in which to file its brief, until July 16, 2014. The State has filed a second motion requesting an extension of time until September 15, 2014.

The motion is GRANTED and the State is hereby ORDERED to file its brief <u>no later than September 15, 2014.</u> If the State has not filed its brief by September 15, 2014, this appeal will be set at issue without benefit of briefing from the State. **No further extensions will be granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court